# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| CHARLES WALTON, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | No. 22-1629 |
| | : | |
| NAI SATURN EASTERN, LLC, d/b/a SAFEWAY, INC. | : | |
| | : | |
| Appellee, | : | |

## JOINT STIPULATION OF DISMISSAL

In accordance with Third Circuit Local Appellate Rule 33.5(d) and Fed. R. App. P. No. 42(b), Appellant Charles Walton and Appellee Safeway, Inc., incorrectly named as NAI Saturn Eastern, LLC, by and through their undersigned counsel, stipulate and agree to the voluntary dismissal of the above-captioned appeal with prejudice, with each party bearing its own costs and attorneys' fees.

Dated: September 9, 2022

| | |
|---|---|
| SCHMITTINGER & RODRIGUEZ | REED SMITH LLP |
| | |
| */s/ Dianne E. Stuart* | */s/ Justin M. Forcier* |
| William D. Fletcher, Jr. (No. 362) | Justin M. Forcier (No. 6155) |
| Dianna E. Stuart (No. 6301) | 1201 N. Market Street, Suite 1500 |
| 414 South State Street | Wilmington, DE 19801 |
| P.O. Box 497 | (302) 778-7500 |
| Dover, DE 19903-0497 | |
| (302) 674-0140 | *Counsel for Appellee* |
| | |
| *Counsel for Appellant* | |

OF COUNSEL:
Tyree P. Jones, Esq.
Reed Smith LLP
1301 King Street, N.W.
Suite 1000 East Tower
Washington, DC 20005
(202) 414-9200

**SO ORDERED**

_____
Circuit Judge