# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1629

Charles Walton v. NAI Saturn Eastern LLC

(U.S. District Court No.: 1-21-cv-00545)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 09, 2022
CJG/cc:    John A. Cerino
        Benjamin P. Chapple, Esq.
        William D. Fletcher Jr., Esq.
        Justin M. Forcier, Esq.
        Tyree P. Jones Jr., Esq.
        Gary E. Junge, Esq.
        Dianna E. Stuart, Esq.
        M. Patrick Yingling,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate